**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:17-cv-60386-UU

SREAM INC.,

Plaintiff,

v.

DASOUQUI, INC.,

Defendant.
________________________________________/

**ADMINISTRATIVE ORDER**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

The Court is fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of April, 2017.

______________________________
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf