IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 0:17-cv-60386 - CV - UNGARO

SREAM, INC., a California Corporation,

Plaintiff,

v.

DASOUQUI, INC., a Florida Corporation,

Defendant.
_______________________________________/

## ORDER AND JUDGMENT

The Court has before it Plaintiff SREAM INC. ("Plaintiff") Motion for Default Judgment against Defendant DASOUQUI, INC., a Florida Corporation, ("Defendant"). Having considered Plaintiff's Motion and all documents and evidence attached thereto, and the court being fully advised, and good cause shown:

THE COURT HEREBY ORDERS THAT Plaintiff's Motion for Default Judgment against Defendant Pursuant to F.R.F.P. 55(b) is hereby GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of the Plaintiff on all claims, and the Defendant shall be liable to Plaintiff in the amount of $152,467.75 (comprising statutory damages of $150,000, attorney's fees of $1,350.00, paralegal fees of $395.00 and costs of $722.75), for which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant, its agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with it are permanently restrained and enjoined

from infringing upon the RooR Marks with the registration numbers 3,675,839, 2,307,176 and 2,235,638 directly or contributorily, in any manner, including but not limited to:

(a) Import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit RooR product identified in the complaint and any other unauthorized RooR product, counterfeit, copy or colorful imitation thereof;

(b) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) above.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to 15 U.S.C. §1118, the Defendant, at his cost, deliver to Plaintiff for destruction all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the RooR Marks.

IT IS FURTHER ORDERED that this court retains jurisdiction over any matter pertaining to this judgment.

IT IS SO ORDERED.

DATED: 3/6/17

Ursula Ungaro

Hon. Ursula Ungaro
United States District Court Judge